District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARAN GOEL, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UR M. JADDOU, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01085-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>September 25, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, inter alia, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the applications, and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01085-RSM] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1   DATED this 25th day of September, 2024.

2                                       Respectfully submitted,

3                                       TESSA M. GORMAN
                                        United States Attorney

4
                                        *s/ Michelle R. Lambert*
5                                       MICHELLE R. LAMBERT, NYS #4666657
                                        Assistant United States Attorney
6                                       United States Attorney's Office
                                        Western District of Washington
7                                       1201 Pacific Avenue, Suite 700
                                        Tacoma, Washington 98402
8                                       Phone: (253) 428-3824
                                        Fax:    (253) 428-3826
9                                       Email:  michelle.lambert@usdoj.gov

10                                      *Attorneys for Defendants*

11                                      **I certify that this memorandum contains 80 words,
                                        in compliance with the Local Civil Rules.**
12

13
                                        _____
14                                      KARAN GOEL
                                        1602 NE Ravenna Blvd, Apt. A
15                                      Seattle, Washington 98105
                                        Phone: (240) 670-4635
16                                      *Pro Se Plaintiff*

17

18                                      _____
                                        JENNIFER E. MONNIER
19                                      1602 NE Ravenna Blvd, Apt. A
                                        Seattle, Washington 98105
20                                      Phone: (360) 789-1023
                                        *Pro Se Plaintiff*
21

22

23

24

**ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 1st day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01085-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800